IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| IN RE: | Case No. 15-31300-DHW |
|---|---|
| WAYNE KIRK<br>SSAN: SSAN: XXX-XX-0631 | Chapter 13 |
| Debtor(s) | |

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE WITHOUT FURTHER NOTICE OR HEARING UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OR OBJECTION.**

**TRUSTEE'S OBJECTION TO CLAIM**

COMES NOW, the Trustee in the above styled case, and objects to Court Claim #3 of Acautopay. As grounds, the Trustee states as follows:

The Trustee has been informed that the collateral pledged to the creditor has been totaled and that the debtor(s) insurance company will pay the proceeds toward the creditor's claim. The Trustee has made written request to the creditor to reduce its claim to reflect receipt of these insurance proceeds. The creditor has not responded to this written request. To date, the creditor has not reduced or amended its claim to reflect of those insurance proceeds. The Trustee contends that a purpose would be served with the granting of this objection to claim.

WHEREFORE, the above premises considered, the Trustee objects to this claim and moves this Honorable Court to reduce the creditor's claim to the amount paid with a balance of zero with leave to amend its claim.

Respectfully submitted this Monday, 27 June, 2016.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>P.O. Box 173<br>Montgomery, AL 36101-0173<br>Phone: (334)262-8371<br>Fax: (334)262-8599<br>email: Ch13Trustee@ch13mdal.com | By: /s/ *Curtis C. Reding*<br>Curtis C. Reding<br>Chapter 13 Trustee |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Claim of Acautopay on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this Monday, 27 June, 2016.

| | |
|---|---|
| Copy to: DEBTOR(S)<br>ACAUTOPAY<br>RICHARD D SHINBAUM<br>JOSEPH GARIBYAN | /s/ Curtis C. Reding<br>Curtis C. Reding<br>Chapter 13 Trustee |